HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CARLOS DURAN MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS DURAN MUNOZ,<br><br>Defendant. | Case No. 6:17-mj-00016-JDP<br><br>**MOTION TO VACATE JUNE 19, 2018 REVIEW HEARING; ORDER** |

Defendant Carlos Duran Munoz hereby requests that the Court vacate the June 19, 2018 review hearing. The Government is in agreement with the request.

On July 27, 2017, the Court sentenced Mr. Munoz to 24 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Munoz to pay a $750.00 fine.

Mr. Munoz has paid his fine in full and has had no new violations of law. Accordingly, the parties request that the Court vacate the June 19, 2018 review hearing. A final review hearing is set for June 19, 2019.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 12, 2018
/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CARLOS DURAN MUNOZ

**O R D E R**

Pursuant to the parties' request, the court vacates the June 19, 2018 review hearing for Case No. 6:17-mj-00016-JDP.

IT IS SO ORDERED.

Dated: June 13, 2018       /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE